**STATE of Missouri, Plaintiff/Respondent,**

v.

**Douglas K. SULLENTRUP, Defendant/Appellant.**

**Nos. 58129, 58130, 58131 and 58132.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 15, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 20, 1991.

Charles M. Shaw, James J. Knappenberger, Clayton, for defendant/appellant.

Gordon Rolla Upchurch, Pros. Atty., Union, for plaintiff/respondent.

## ORDER

PER CURIAM.

Defendant appeals his convictions for driving while intoxicated, failure to display lighted lamps, failure to drive on right half of roadway, and escape from custody.

**632**

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).